# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR GUERRERO-TORRES,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. ED CV 18-1970 FMO<br>ED CR 17-0131 FMO-1<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Motion to Vacate, Set Aside, or Correct Sentence, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the above-captioned case is dismissed with prejudice.

Dated this 7th day of May, 2019.

/s/
Fernando M. Olguin
United States District Judge