# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR GUERRERO-TORRES,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. ED CV 18-1970 FMO<br>ED CR 17-0131 FMO-1<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

Contemporaneously with the filing of this Order, the court has denied petitioner Salvador Guerrero-Torres's ("petitioner") Motion to Vacate, Set Aside, or Correct Sentence, (Dkt. 47, "Motion"), and entered Judgment dismissing this action. Under the Antiterrorism and Effective Death Penalty Act ("AEDPA"), a federal prisoner seeking to appeal a district court's final order in a proceeding under 28 U.S.C. § 2255 must obtain a Certificate of Appealability ("COA") from the district judge or a circuit judge. 28 U.S.C. § 2253(c)(1)(B). A COA may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); accord Williams v. Calderon, 83 F.3d 281, 286 (9th Cir. 1996). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." Miller-El v. Cockrell, 537 U.S. 322, 327, 123 S.Ct. 1029, 1034 (2003); see Slack v. McDaniel, 529 U.S. 473, 483-84, 120 S.Ct. 1595, 1603-04 (2000).

| | |
|---|---|
| 1 | Here, the court has reviewed the claims in petitioner's Motion and assessed their merits. The court finds that petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court is convinced that its decision denying the Motion is not one which reasonable jurists could debate. See Miller-El, 537 U.S. at 336, 123 S.Ct. at 1039. Nor is the decision one that could have been resolved in a different manner or one where the issues presented are adequate to proceed further. See id. |

Here, the court has reviewed the claims in petitioner's Motion and assessed their merits. The court finds that petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court is convinced that its decision denying the Motion is not one which reasonable jurists could debate. See Miller-El, 537 U.S. at 336, 123 S.Ct. at 1039. Nor is the decision one that could have been resolved in a different manner or one where the issues presented are adequate to proceed further. See id.

Based on the foregoing, IT IS ORDERED THAT a Certificate of Appealability is **denied**. Dated this 7th day of May, 2019.

/s/
Fernando M. Olguin
United States District Judge